JS-6

1
2
3
4
5
6
7

8        UNITED STATES DISTRICT COURT

9        CENTRAL DISTRICT OF CALIFORNIA

10

11   MARIA QUEZAMBRA,                 CASE NO.: 8:19-cv-00927-JLS-JEM

12             Plaintiff,             **JUDGMENT**

13                                    Judge:  The Hon. Josephine L. Staton

14        v.

15   UNITED DOMESTIC WORKERS
16   OF AMERICA, AFSCME LOCAL
     3930, *et al.*,
17
18             Defendants.

19
20
21
22
23
24
25
26
27
28

**JUDGMENT**

Pursuant to the Court's June 3, 2020 Order Granting Defendants' Motions to Dismiss (Doc. 67), IT IS HEREBY ADJUDGED that Plaintiff's federal claims are dismissed with prejudice, Plaintiff's state-law claims are dismissed without prejudice to refiling in the appropriate state court, and JUDGMENT IS HEREBY ENTERED in favor of Defendants United Domestic Workers of America, AFSCME Local 3930; the Attorney General of California; the California State Controller; and the County of Orange, and against Plaintiff Maria Quezambra.

Date: June 15, 2020

Honorable Josephine L. Staton
United States District Judge